# THE LAW OFFICES OF RICHARD ST. PAUL, ESQ.
### 399 KNOLLWOOD RD. SUITE 301
### WHITE PLAINS, NEW YORK 10603

Richard St. Paul, Esq. +*  
+* Admitted in NY & DC

TELEPHONE (914) 358-1380

Email: rstpaullaw@gmail.com

**MEMO ENDORSED**

FACSIMILE (914) 358-1381

February 6, 2014

<u>Via facsimile 914-390-4278</u>

The Honorable Cathy Seibel  
United States District Court  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/7/2014

**Re: US v Shae Stevenson 13Cr771 (CS); Extension to file motion to suppress.**

Dear Judge Seibel,

    I represent the Defendant in the above-captioned matter.

    I respectfully request an extension of time to file a motion to suppress from February 6, 2014 until February 14, 2014.

    Please see doctor's note attached, I injured my shoulder over the weekend.

    If you have any questions, please do not hesitate to contact me at (914) 358-1380.

Sincerely,

*Richard St. Paul, Esquire*

BY: _____  
Nancy Nelson  
Paralegal

Enclosure  
CC: Lee Renzin, AUSA, (914) 993-9036

Application Granted / ~~Denied~~  
So Ordered,

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 2/6/14

*The Clerk of Court is respectfully directed to correct Mr. St. Paul's contact information on ECF, which has him as Mr. Paul from Kansas City.*

## DOCTORS MEDICAL GROUP @ THIRD AVE

3750 3RD AVENUE
BRONX, NY 10456
Phone: (718) 588-0100
Fax: (646) 568-2982

02/04/2014

**To Whom It May Concern:**

RICHARD ST PAUL is a patient in the Third Avenue practice, seen on 02/04/2014. RICHARD is being evaluated for a rotator cuff tear which is causing left shoulder pain and impairment in lifting and driving. He has not been able to complete work-related assignments. Specialist consultation is being arranged.

If you have further questions regarding this patient's health status, please contact us at (718) 588-0100.

_____
RUFUS SADLER M.D.

HARLEM MEDICAL GROUP
3750 THIRD AVE
BRONX, NY-10456
PH:(718) 588-0100